**Shane Aaron ABBOTT, Petitioner–Appellant,**

v.

**FEDERAL BUREAU OF PRISONS and J.E. Thomas, Warden, Respondents–Appellees.**

No. 12–35801.

United States Court of Appeals, Ninth Circuit.

Oct. 21, 2014.

Thomas J. Hester, Assistant Federal Public Defender, Stephen R. Sady, Fpdor–Federal Public Defender's Office, Portland, OR, for Petitioner–Appellant.

Ronald K. Silver, Natalie K. Wight, Assistant U.S., Kelly A. Zusman, Assistant

U.S., Office of the U.S. Attorney, Portland, OR, for Respondents–Appellees.

D.C. No. 3:11–cv–01047–MO, District of Oregon, Portland.

Before: WARDLAW, GOULD, and CHRISTEN, Circuit Judges.

## ORDER

Petitioner–Appellant's request to publish the memorandum disposition is GRANTED. The memorandum disposition previously filed on October 10, 2014 is withdrawn. The panel shall file a substituting opinion in due course.